```
 1  SULLIVAN LAW OFFICES
    A Professional Corporation
 2  J. D. SULLIVAN, CA Bar No. 98057
    1650 N. Lucerne, Suite 201
 3  Minden, Nevada  89423

 4  Telephone:   (775) 782-6915
    Telecopier:  (775) 782-3439
 5
    Attorneys for Plaintiff,
 6  KEENAN BROUSSARD a minor,
    by and through his Guardian
 7  ad Litem, Lori M. Broussard

 8
```

                       UNITED STATES DISTRICT COURT

                       EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| KEENAN BROUSSARD, a minor, by and through his Guardian ad Litem, Lori M. Broussard,<br><br>            Plaintiff,<br><br>            vs.<br><br>MAYFLOWER TRANSIT, LLC, a Missouri limited liability company; BEST VALUE MOVING INC., a California corporation; ESTATE OF EDWARD SALAZAR; and DOES 1 through 50, inclusive,<br><br>            Defendants.<br>_____/ | **Case No.:  2:06-cv-01878-WBS-GGH**<br><br>**MOTION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>LR 17-202<br>FRCP 17(c) |

    COMES NOW Lori M. Broussard, mother of PLAINTIFF KEENAN BROUSSARD, (hereinafter "Plaintiff"), and hereby moves this court for an order appointing her as his Guardian ad Litem, alleging as follows.

    1.   Plaintiff was born on December 23, 1994, and is currently 11 years of age.

    2.   Plaintiff sees to commence an action in this court for personal injuries suffered in a motor vehicle accident, which

- 1 -

1  occurred in 2004, as more particularly alleged in the Complaint
2  being submitted herewith.
3      3.  Plaintiff has no general guardian and no previous petition
4  for appointment of a guardian ad litem has been filed in this
5  matter.
6      4.  Lori M. Broussard, who is Plaintiff's mother, and whose
7  address is 455 Blue Skies Dr., Sparks, NV 89436, is a competent and
8  responsible person, and fully competent to act as Plaintiff's
9  guardian herein.
10     5.  Said Lori M. Broussard, is willing to act as guardian ad
11 litem for Plaintiff, as appears by her consent herewith.
12     The granting of this Motion is authorized by LR 17-202(a) and
13 FRCP 17(c).  FRCP 17(c) provides, in relevant part:
14     "The court shall appoint a guardian ad litem for an infant or
15      incompetent person not otherwise represented in the action or
16      shall make such other order as it deems proper for the
17      protection of the minor or incompetent person."
18     Moreover, CA CCP §373(b) provides that where the minor is
19 under 14 years of age, the appointment of guardian ad litem shall
20 be made pursuant to "the application of a relative or friend of the
21 minor."
22     WHEREFORE, Lori M. Broussard, moves the court for an order
23 appointing her as guardian ad litem, for the purpose of bringing an
24 action, on Plaintiff's behalf, against defendants on the claims set
25 forth in the accompanying Complaint.
26 ///
27 ///
28 ///

Dated:  August 21, 2006              SULLIVAN LAW OFFICES
                                     A Professional Corporation


                                     /s/ J. D. Sullivan
                                     _____

                                     J. D. Sullivan
                                     Attorneys for Plaintiff,
                                     KEENAN BROUSSARD, by and through
                                     his Guardian ad Litem, Lori M.
                                     Broussard


CONSENT OF NOMINEE

I, Lori M. Broussard, the nominee herein, consent to act as guardian ad litem for the minor Plaintiff in the within action.

Dated:  August 21, 2006

                                     /s/ Lori M. Broussard
                                     _____


ORDER

The Motion for an order appointing Lori M. Broussard as guardian ad litem for Plaintiff is GRANTED.

IT IS SO ORDERED.

Dated: August 23, 2006


                         _____
                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE

- 3 -