```
 1  SULLIVAN LAW OFFICES
    A Professional Corporation
 2  J. D. SULLIVAN, CA Bar No. 98057
    1650 N. Lucerne, Suite 201
 3  Minden, Nevada  89423

 4  Telephone:   (775) 782-6915
    Telecopier:  (775) 782-3439
 5
    Attorneys for Plaintiff,
 6  KEENAN BROUSSARD a minor,
    by and through his Guardian
 7  ad Litem, Lori M. Broussard

 8
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN BROUSSARD, a minor, by and through his Guardian ad Litem, Lori M. Broussard,<br><br>Plaintiff,<br><br>vs.<br><br>MAYFLOWER TRANSIT, LLC, a Missouri limited liability company; BEST VALUE MOVING INC., a California corporation; ESTATE OF EDWARD SALAZAR; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | **Case No.:  2:06-cv-01878-WBS-GGH**<br><br>**MOTION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>LR 17-202<br>FRCP 17(c) |

COMES NOW Lori M. Broussard, mother of PLAINTIFF KEENAN BROUSSARD, (hereinafter "Plaintiff"), and hereby moves this court for an order appointing her as his Guardian ad Litem, alleging as follows.

1.  Plaintiff was born on December 23, 1994, and is currently 11 years of age.

2.  Plaintiff sees to commence an action in this court for personal injuries suffered in a motor vehicle accident, which

- 1 -

occurred in 2004, as more particularly alleged in the Complaint being submitted herewith.

3. Plaintiff has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Lori M. Broussard, who is Plaintiff's mother, and whose address is 455 Blue Skies Dr., Sparks, NV 89436, is a competent and responsible person, and fully competent to act as Plaintiff's guardian herein.

5. Said Lori M. Broussard, is willing to act as guardian ad litem for Plaintiff, as appears by her consent herewith.

The granting of this Motion is authorized by LR 17-202(a) and FRCP 17(c). FRCP 17(c) provides, in relevant part:

> "The court shall appoint a guardian ad litem for an infant or incompetent person not otherwise represented in the action or shall make such other order as it deems proper for the protection of the minor or incompetent person."

Moreover, CA CCP §373(b) provides that where the minor is under 14 years of age, the appointment of guardian ad litem shall be made pursuant to "the application of a relative or friend of the minor."

WHEREFORE, Lori M. Broussard, moves the court for an order appointing her as guardian ad litem, for the purpose of bringing an action, on Plaintiff's behalf, against defendants on the claims set forth in the accompanying Complaint.

///
///
///

```
Dated:  August 21, 2006              SULLIVAN LAW OFFICES
                                     A Professional Corporation


                                     /s/ J. D. Sullivan

                                     J. D. Sullivan
                                     Attorneys for Plaintiff,
                                     KEENAN BROUSSARD, by and through
                                     his Guardian ad Litem, Lori M.
                                     Broussard
```

CONSENT OF NOMINEE

I, Lori M. Broussard, the nominee herein, consent to act as guardian ad litem for the minor Plaintiff in the within action.

Dated:  August 21, 2006

/s/ Lori M. Broussard


ORDER

The Motion for an order appointing Lori M. Broussard as guardian ad litem for Plaintiff is GRANTED.

IT IS SO ORDERED.

Dated: August 23, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -