SULLIVAN LAW OFFICES
A Professional Corporation
J. D. SULLIVAN, CA Bar No. 98057
1650 N. Lucerne, Suite 201
Minden, Nevada  89423

Telephone:   (775) 782-6915
Telecopier:  (775) 782-3439

Attorneys for Plaintiff,
KEENAN BROUSSARD a minor,
by and through his Guardian
ad Litem, Lori M. Broussard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN BROUSSARD, a minor, by and through his Guardian ad Litem, Lori M. Broussard,<br><br>Plaintiff,<br><br>vs.<br><br>MAYFLOWER TRANSIT, LLC, a Missouri limited liability company; BEST VALUE MOVING INC., a California corporation; ESTATE OF EDWARD SALAZAR; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | **Case No.:  2:06-cv-01878-WBS-GGH**<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>LR 17-202<br>FRCP 17(c) |

    COME NOW THE PARTIES, by and through their attorneys of record, and stipulate, subject to court approval, that the Status Conference, currently set for November 20, 2006, be continued approximately 60 days, to January 20, 2006, or such other date as the court deems appropriate.

    The grounds for the requested continuance are as follows:

    1.   The 120-day deadline for service of process, under FRCP 4(m), does not expire until December 19, 2006.  All Mayflower

defendants have been served with the Summons and Complaint, and the Return of Service has been filed, but only the answer of BEST VALUE MOVING INC. has been filed.

2.  In that not all parties have not yet answered, the FRCP Rule 26 disclosures and initial meeting of counsel have not yet occurred, making it difficult to adequately prepare the Joint Status Report.

3.  The plaintiff and Mayflower defendants are in the midst of settlement discussions which may resolve the case and result in dismissal of the action, thus avoiding the time and expense inherent in attending the Status Conference and in preparing the: 1) initial disclosures, 2) status conference report, and 3) initial discovery requests.

4.  No continuance of the Status Conference has been previously sought.

Dated:  October 27, 2006        SULLIVAN LAW OFFICES
                                A Professional Corporation


                                /s/ J. D. Sullivan

                                J. D. Sullivan
                                Attorneys for Plaintiff,
                                KEENAN BROUSSARD, by and through
                                his Guardian ad Litem, Lori M.
                                Broussard


Dated:  October 27, 2006        Law Offices of John Gardner Hayes
                                A Professional Corporation


                                /s/ John Gardner Hayes

                                Attorney's for Defendant,
                                BEST VALUE MOVING INC.

ORDER

The stipulation of the parties, continuing the Status Conference is hereby approved.  The Status Conference is hereby continued to **January 29, 2007 at 1:30 p.m.**, in Courtroom No. 5. The preparation and filing of the Joint Status Report, and the initial meeting of counsel, under FRCP 26(f), shall be as set forth in the Order Setting Status (Pretrial Scheduling) Conference, Document 5, filed 8/22/06.

IT IS SO ORDERED.

Dated:  October 26, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE