UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KEENAN BROUSSARD, a minor, by and through his Guardian ad Litem, Lori M. Broussard,

        Plaintiff,

   v.

MAYFLOWER TRANSIT, L.L.C., a Missouri limited liability company; BEST VALUE MOVING, INC., a California corporation; ESTATE OF EDWARD SALAZAR; and DOES 1 through 50, inclusive,

        Defendants.

NO. CIV. S-06-1878 WBS GGH

ORDER

----oo0oo----

        This matter came on for hearing on March 5, 2007, on the motion of attorney J.D. Sullivan to withdraw as counsel of record for plaintiff Keenan Broussard.  Mr. Sullivan appeared at the hearing.  Attorneys John Hayes and Catharine A. Ching also appeared on behalf of defendants.  Neither plaintiff nor his guardian ad litem appeared personally at the hearing.  The court requires the personal appearance of plaintiff's guardian ad

1

litem, Lori M. Broussard, at the hearing on Mr. Sullivan's motion to withdraw.

IT IS THEREFORE ORDERED that the hearing on the motion of attorney J.D. Sullivan to withdraw as counsel of record for plaintiff be, and the same hereby is, continued to Monday, March 12, 2007, at 1:30 p.m., in Courtroom 5 on the 17th floor of the above entitled court, 501 I Street, Sacramento, California.

Mr. Sullivan is ordered to personally serve a copy of this order upon plaintiff's guardian ad litem, Lori M. Broussard, no later than March 9, 2007.

Plaintiff's guardian ad litem, LORI M. BROUSSARD, is hereby ORDERED to appear personally at the hearing on the motion on Monday, March 12, 2007, at 1:30 p.m., in Courtroom 5 on the 17th floor of the above entitled court, 501 I Street, Sacramento, California. Counsel for defendants need not appear.

DATED: March 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE