```
 1  SULLIVAN LAW OFFICES
    A Professional Corporation
 2  J. D. SULLIVAN, CA Bar No. 98057
    1650 N. Lucerne, Suite 201
 3  Minden, Nevada 89423

 4  Telephone:   (775) 782-6915
    Telecopier:  (775) 782-3439
 5
    Attorneys for Plaintiff,
 6  KEENAN BROUSSARD a minor,
    by and through his Guardian
 7  ad Litem, Todd Broussard

 8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| KEENAN BROUSSARD, a minor, by and through his Guardian ad Litem, Todd Broussard, | |
| Plaintiff, | |
| V. | **Case No.:  2:06-cv-01878-WBS-GGH** |
| MAYFLOWER TRANSIT, LLC, a Missouri limited liability company; BEST VALUE MOVING INC., a California corporation; ESTATE OF EDWARD SALAZAR; and DOES 1 through 50, inclusive, | [PROPOSED] ORDER APPOINTING REPLACEMENT GUARDIAN AD LITEM AND SETTING STATUS CONFERENCE ON CONTINUED MOTION BY J. D. SULLIVAN AND SULLIVAN LAW OFFICES TO WITHDRAW AS COUNSEL |
| Defendants. / | **[Re Docket No. 12]** |

----ooOoo----

The Motion of J. D. Sullivan and Sullivan Law Offices, a Professional Corporation ("Sullivan") to withdraw as counsel for KEENAN BROUSSARD a minor ("minor"), by and through his Guardian ad

1  Litem, Lori M. Broussard, came on regular for hearing on March 12,
2  2007, at 1:30 p.m., having been previously continued from March 5,
3  2007.  J. D. Sullivan appeared on behalf of Sullivan and plaintiff.
4  Lori M. Broussard appeared, along with her husband, Todd Broussard,
5  who stated that he was the father of the minor.  The minor was also
6  present.  The court heard from Lori M. Broussard, as well as Todd
7  Broussard and J. D. Sullivan, concerning the Motion to Withdraw and
8  the guardianship.  The Broussards indicated their desire to hire
9  new legal counsel, and requested one month's time, in order to
10 locate and retain new counsel.
11      GOOD CAUSE EXISTING, NOW, THEREFORE, IT IS ORDERED:
12      That Lori M. Broussard is hereby replaced as Guardian ad Litem
13 by Todd Broussard.  Todd Broussard shall, henceforth, serve as
14 Guardian ad Litem in this action, with all attendant
15 responsibilities.  The case caption shall be revised accordingly.
16      The hearing on the Motion to Withdraw is continued to April 9,
17 2007, at 1:30 p.m.  Todd Broussard and J. D. Sullivan are ordered
18 to return on that date.  In the interim, Todd Broussard shall
19 immediately and diligently pursue the hiring of new legal counsel.
20 Defense counsel need not appear for the April 9, 2007, hearing and
21 status conference, but may wish to do so, in the event that new
22 legal counsel for plaintiff appears and the court sets a new trial
23 date and pretrial deadlines.
24 Dated:  March 14, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -