1 │ SULLIVAN LAW OFFICES
A Professional Corporation
2 │ J. D. SULLIVAN, CA Bar No. 98057
1650 N. Lucerne, Suite 201
3 │ Minden, Nevada  89423

4 │ Telephone:  (775) 782-6915
Telecopier: (775) 782-3439
5 │
Attorneys for Plaintiff,
6 │ KEENAN BROUSSARD a minor,
by and through his Guardian
7 │ ad Litem, Todd Broussard

8 │

9 │                  UNITED STATES DISTRICT COURT

10 │              EASTERN DISTRICT OF CALIFORNIA

11 │                    ----ooOoo----

12 │

13 │ KEENAN BROUSSARD, a minor, by    **Case No.:  2:06-cv-01878-WBS-GGH**
and through his Guardian ad
14 │ Litem, Todd Broussard,          **STIPULATION AND ORDER EXTENDING
                                  TIME TO SERVE ESTATE OF EDWARD
15 │                 Plaintiff,      SALAZAR**

16 │       vs.                       FRCP 4(m)

17 │ MAYFLOWER TRANSIT, LLC, a
Missouri limited liability
18 │ company; BEST VALUE MOVING
INC., a California corporation;
19 │ ESTATE OF EDWARD SALAZAR; and
DOES 1 through 50, inclusive,
20 │
21 │                 Defendants.
    _____/

22 │                    ----ooOoo----

23 │     COME NOW THE PARTIES, by and through their attorneys of

24 │ record, and stipulate, subject to court approval, that the time for

25 │ service of the Summons and Complaint, upon the ESTATE OF EDWARD

26 │ SALAZAR ("Estate), shall be extended until April 9, 2007.

27 │     FRCP 4(m) allows the court to extend the time for service, for

28 │ good cause.  Good cause exists for the extension, in that the

                              - 1 -

1   parties have been diligently attempting, since the filing of this

2   action, to reach settlement, which would have obviated the

3   necessity to involve said Estate.  It has, during that time,

4   appeared that the case would settle; but now that the plaintiff may

5   change counsel and proceed with the litigation, it would be in the

6   interests of justice for the Estate to be served and participate in

7   the action.

8   Dated:   March 21, 2007          SULLIVAN LAW OFFICES
                                     A Professional Corporation
9

10                                   /s/ J. D. Sullivan

11                                   J. D. Sullivan
                                     Attorneys for Plaintiff,
12                                   KEENAN BROUSSARD, by and through
                                     his Guardian ad Litem, Lori M.
13                                   Broussard

14  Dated:   March 21, 2007          Law Offices of John Gardner Hayes
                                     A Professional Corporation
15

16                                   /s/ John Gardner Hayes

17                                   Attorneys for Defendant,
                                     BEST VALUE MOVING INC.
18

19  Dated:   March 21, 2007          ELIE & ASSOCIATES

20                                   /s/ Catherine A. Ching
21

22                                   Attorneys for Defendant,
                                     MAYFLOWER TRANSIT LLC.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1      GOOD CAUSE EXISTING, NOW, THEREFORE, IT IS ORDERED:

2      The parties shall have until April 9, 2007, to serve the

3 Summons and Complaint upon the ESTATE OF EDWARD SALAZAR.

4

5 Dated:  March 20, 2007

6

7      WILLIAM B. SHUBB
       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28