UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KEENAN BROUSSARD, a minor, by and through his Guardian ad Litem, Lori M. Broussard,

        Plaintiff,

   v.

MAYFLOWER TRANSIT, L.L.C., a Missouri limited liability company; BEST VALUE MOVING, INC., a California corporation; ESTATE OF EDWARD SALAZAR; and DOES 1 through 50, inclusive,

        Defendants.

NO. CIV. S-06-1878 WBS GGH

ORDER RE: MOTION TO WITHDRAW

----oo0oo----

This matter came on regularly for continued hearing on April 9, 2007, on the motion of plaintiff's attorney, J. D. Sullivan, to withdraw as counsel of record.  Mr. Sullivan was present; Catharine A. Ching appeared for defendants; plaintiff's guardian ad litem, Todd Broussard, failed to appear as previously ordered by the court.  The matter was continued to April 23, 2007, at 1:30 p.m.  Mr. Todd Broussard is ordered to appear in

1

this court personally at that time.  Mr. Sullivan and counsel for defendants may appear by telephone.

The court placed a telephone call to Mr. Broussard and informed him on the record that unless he appeared in this court at the hearing on April 23, 2007, at 1:30 p.m., the court would consider dismissing this action.  The court informed Mr. Broussard that he is expected to have his new attorney with him at that time.  Mr. Broussard was also informed that if he is unable to fulfill the obligations of guardian ad litem for Keenan Broussard in this action the court will consider appointing a third-party guardian ad litem to represent the interests of Keenan Broussard.

IT IS SO ORDERED.

DATED:  April 9, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE