SULLIVAN LAW OFFICES
A Professional Corporation
J. D. SULLIVAN, CA Bar No. 98057
1650 N. Lucerne, Suite 201
Minden, Nevada  89423

Telephone:   (775) 782-6915
Telecopier:  (775) 782-3439

Attorneys for Plaintiff,
KEENAN BROUSSARD a minor,
by and through his Guardian
ad Litem, Todd Broussard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| KEENAN BROUSSARD, a minor, by and through his Guardian ad Litem, Todd Broussard,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MAYFLOWER TRANSIT, LLC, a Missouri limited liability company; BEST VALUE MOVING INC., a California corporation; ESTATE OF EDWARD SALAZAR; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants.<br>_____/ | **Case No.:  2:06-cv-01878-WBS-GGH**<br><br>**STIPULATION AND ORDER PROTECTING CONFIDENTIALITY OF MEDICAL RECORDS** |

----ooOoo----

COME NOW THE PARTIES, by and through their attorneys of record, and stipulate, subject to court approval, that:

WHEREAS, medical records and information disclosed or produced in this action are Protected Health Information pursuant to 45 CFR Parts 160 and 164 ("HIPPA"); and

///

- 1 -

1    WHEREAS, it is in the best interests of the minor plaintiff
2 that the confidentiality of his Protected Health Information be
3 preserved as required by HIPPA; and
4    WHEREAS, defendants have an interest in obtaining and
5 evaluating the Protected Health Information insofar as it is
6 relevant to the claims made in this action;
7    NOW, THEREFORE, all Protected Health Information, medical
8 records and information, disclosed or produced in this action by
9 way of discovery, Rule 26 disclosures, or evidence at trial, shall
10 be and remain completely confidential, and shall not be disclosed
11 to any person other than the trier of fact, counsel for the parties
12 and the insurance adjusters for the parties.  When the action is
13 terminated, by way of dismissal or final judgment, all Protected
14 Health Information medical records and information, disclosed or
15 produced in this action by way of discovery, Rule 26 disclosures,
16 or evidence at trial, shall be destroyed or returned to counsel for
17 plaintiff.

18 Dated:  May 16, 2007              SULLIVAN LAW OFFICES
                                    A Professional Corporation
19
20
                                    /s/ J. D. Sullivan
21                                  J. D. Sullivan
                                    Attorneys for Plaintiff,
22                                  KEENAN BROUSSARD, by and through
                                    his Guardian ad Litem, Todd
23                                  Broussard

24
   Dated:  April 27, 2007           Law Offices of John Gardner Hayes
25                                  A Professional Corporation

26
                                    /s/ John Gardner Hayes
27                                  John Gardner Hayes
                                    Attorneys for Defendant,
28                                  BEST VALUE MOVING INC.

-2-

```
1  Dated:  April 30, 2007            ELIE & ASSOCIATES
2
3
                                     /s/ Catherine A. Ching
4                                    Catherine A. Ching
                                     Attorneys for Defendant,
5                                    MAYFLOWER TRANSIT LLC.
6
7
8       GOOD CAUSE EXISTING, NOW, THEREFORE, IT IS SO ORDERED:
9
10
11
12 Dated:  May 14, 2007
13
                                    WILLIAM B. SHUBB
14                                  UNITED STATES DISTRICT JUDGE
```