1  SULLIVAN LAW OFFICES
   A Professional Corporation
2  J. D. SULLIVAN, CA Bar No. 98057
   1650 N. Lucerne, Suite 201
3  Minden, Nevada 89423

4  Telephone:  (775) 782-6915
   Telecopier: (775) 782-3439
5
   Attorneys for Plaintiff,
6  KEENAN BROUSSARD a minor,
   by and through his Guardian
7  ad Litem, Todd Broussard

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 KEENAN BROUSSARD, etc.,           **Case No.:  2:06-cv-01878-WBS-GGH**

13                Plaintiff,
                                     **ORDER APPROVING MINOR'S**
14        vs.                        **SETTLEMENT PURSUANT TO CIV. L.R.**
                                     **17-202**
15 MAYFLOWER TRANSIT, LLC, etc.,
   et al.,
16
                  Defendants.
17 _____/

18      Plaintiff KEENAN BROUSSARD's ("minor") Verified Motion for

19 Approval of Proposed Minor's Settlement having being duly

20 considered, there being no opposition thereto, and, GOOD CAUSE

21 EXISTING, NOW, THEREFORE, IT IS HEREBY ORDERED:

22      Lori M. Broussard, mother of the minor, is appointed as Co-

23 Guardian ad Litem, to serve in that capacity with her husband, Todd

24 Broussard.

25      Full and final settlement for $100,000.00 is approved in this

26 case and these funds shall be disbursed by Sullivan Law Offices per

27 the following itemization:

28 ///

```
       Gross Settlement Funds                          $ 100,000.00
       Less Attorney's Fees                          ($  25,000.00)
       Less Attorney's Expenses                      ($   4,101.46)
       Less Expense Reimbursement to Guardian        ($   3,369.97)
       Less Medical Liens                            ($   8,002.25)

       Net Proceeds to Plaintiff                      $  59,526.32
```

The court finds that it is reasonable to anticipate that the minor will need ongoing counseling and medication, and approves the establishment of an insured and blocked minor's trust money market account with Edward Jones, a financial institution, at 4795 Caughlin Parkway, Suite 210, Reno, NV, 89519, John E. Boyd, Licensed Financial Broker.  Into this account shall be deposited $7,500 of the Net Proceeds.  Edward Jones is authorized to release funds from this account, only to reimburse either Todd Broussard, or Lori Broussard, for documented medical and prescription expenses, incurred for the minor, until his age of majority, which occurs on 12/23/12.  Edward Jones is authorized to release funds from the money market account upon presentation by either Todd or Lori Broussard of paid receipts for prescription medication and/or medical expenses incurred on the minor's behalf.

The balance of the minor's settlement funds, i.e., $52,026.32, shall be deposited into a separate insured and blocked minor's trust investment account with the same Edward Jones office, and used to purchase a conservative mix of mutual funds selected by the Co-Guardians ad Litem, pursuant to financial counsel from Edward Jones.

The balances in each of the two Edward Jones blocked accounts, including accrued interest and any gain, shall be available for withdrawal by the minor when he reaches the age of 18.

///

The $100,000 settlement check shall be issued by Best Value Moving, Inc. or its carrier, payable to "Sullivan Law Offices Trust Account" for disbursement by Sullivan Law Offices to cover: (a) costs and attorney's fees (totaling $29,101.46), (b) the blocked minor's accounts at Edward Jones (totaling $59,526.32), (c) payment of medical liens (totaling $8,002.25) and (d) expense reimbursement to the Guardian ad Litem (totaling $3,369.97).

IT IS SO ORDERED.

Dated: October 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE