```
SULLIVAN LAW OFFICES
A Professional Corporation
J. D. SULLIVAN, CA Bar No. 98057
1650 N. Lucerne, Suite 201
Minden, Nevada  89423

Telephone:   (775) 782-6915
Telecopier:  (775) 782-3439

Attorneys for Plaintiff,
KEENAN BROUSSARD a minor,
by and through his Guardian
ad Litem, Todd Broussard
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| KEENAN BROUSSARD, a minor, by and through his Guardian ad Litem, Todd Broussard,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MAYFLOWER TRANSIT, LLC, a Missouri limited liability company; BEST VALUE MOVING INC., a California corporation; ESTATE OF EDWARD SALAZAR; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants.<br>_____/ | **Case No.:  2:06-cv-01878-WBS-GGH**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

----ooOoo----

COME NOW THE PARTIES, by and through their attorneys of record, and stipulate, subject to court approval, that:

WHEREAS, a settlement has been reached among all parties; and

WHEREAS, the court, by Order of 10/24/07, Document 60, approved the minor's settlement, pursuant to Civ. L.R. 17-202; and

///

- 1 -

1    WHEREAS, a condition of the settlement is that this action be
2 dismissed with prejudice;
3    NOW, THEREFORE, the action be and hereby is dismissed, in its
4 entirety, with prejudice, each party to bear its own costs and
5 attorney's fees.

6 Dated:  November 12, 2007          SULLIVAN LAW OFFICES
                                     A Professional Corporation
7

8                                    /s/ J. D. Sullivan
                                     J. D. Sullivan
9                                    Attorneys for Plaintiff,
                                     KEENAN BROUSSARD, by and through
10                                   his Guardian ad Litem, Todd
                                     Broussard
11

12 Dated:  November 12, 2007         Law Offices of John Gardner Hayes
                                     A Professional Corporation
13

14                                   /s/ John Gardner Hayes
                                     John Gardner Hayes
15                                   Attorneys for Defendant,
                                     BEST VALUE MOVING INC.
16

17 Dated:  November 12, 2007         ELIE & ASSOCIATES

18
                                     /s/ Catherine A. Ching
19                                   Catherine A. Ching
                                     Attorneys for Defendant,
20                                   MAYFLOWER TRANSIT LLC.

21 GOOD CAUSE EXISTING, NOW, THEREFORE, IT IS SO ORDERED:

22 DATED:  November 19, 2007

23                          _____
                            WILLIAM B. SHUBB
24                          UNITED STATES DISTRICT JUDGE

25

26

27

28

-2-